**CARLSON & MESSER LLP**
David J. Kaminski (SBN 128509)
*kaminskid@cmtlaw.com*
Stephen A. Watkins (SBN 205175)
watkinss@smtlaw.com
5901 W. Century Boulevard, Suite 1200
Los Angeles, California 90045
Telephone: (310) 242-2200
Facsimile: (310) 242-2222

**MAC MURRAY & SHUSTER LLP**
LISA A. MESSNER, (*Pro Hac Vice* to be filed)
*lmessner@mslawgroup.com*
CHRISTOPHER C. WAGER, (*Pro Hac Vice* to be filed)
*cwager@mslawgroup.com*
6525 W. Campus Oval, Suite 210
New Albany, Ohio 43054
Telephone: (614) 939-9955
Facsimile: (614) 939-9954

Attorneys for Defendant,
SEIDLER OIL & GAS, LP

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>SEIDLER OIL & GAS, LP, *et al.*,<br><br>            Defendants. | Case No. 2:20-cv-11246-PA-E<br><br>Judge Percy Anderson<br><br>**NOTICE OF SETTLEMENT** |

   PLEASE TAKE NOTICE that a settlement in this matter has been reached between all parties.  The parties anticipate that they will complete the settlement, and file a stipulation of dismissal, within 30 days from the date of this notice.  In light of the settlement, the parties request that the Court take off calendar all future hearing dates in this case.

1  DATED: March 8, 2021            **CARLSON & MESSER LLP**

2                                            /s/ David J. Kaminski

3                                  David J. Kaminski
                                   Stephen A. Watkins
4                                  Attorneys for Defendant, Seidler Oil & Gas, LP

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I, David J. Kaminski, hereby certify that on this 8th day of March, 2021, a true and accurate copy of the foregoing NOTICE OF SETTLEMENT was filed through the ECF system, which will send notification of such filing to the e-mail addresses associated with this case.

/s/David J. Kaminski
David J. Kaminski
CARLSON & MESSER LLP